

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00411-CV

**IN THE INTEREST OF E.M.O.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00818
Honorable Linda A. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Costs of court for this appeal are taxed against Appellant Mom.

SIGNED December 28, 2022.

_____
Patricia O. Alvarez, Justice